*Miscellaneous Orders.*

No. 13, Original. UNITED STATES *v.* LOUISIANA; and

No. 14, Original. UNITED STATES *v.* TEXAS. On motions for leave to file complaints. Argued May 9, 1949. Decided May 16, 1949. The motions for leave to file complaints are granted and process is ordered to issue returnable on or before September 1, next. MR. JUSTICE JACKSON took no part in the consideration or decision of these applications. *Solicitor General Perlman* argued the cause for the United States, plaintiff. With him on the brief were *Attorney General Clark, Assistant Attorney General Vanech, Arnold Raum, Robert E. Mulroney* and *Robert M. Vaughan. L. H. Perez* and *F. Trowbridge vom Baur* argued the cause for the defendant in No. 13. With them on the brief were *Bolivar E. Kemp, Jr.,* Attorney General of Louisiana, and *John L. Madden,* As-

sistant Attorney General. *Price Daniel*, Attorney General of Texas, argued the cause for the defendant in No. 14. With him on the brief were *J. Chrys Dougherty* and *Jesse P. Luton, Jr.*, Assistant Attorneys General.